PROB 34
(1/92)

Report and Order Terminating Probation/
Supervised Release

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 2 2007

at 9 o'clock and 45 min. A M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                                 Criminal No. CR 05-00032DAE-01

PAUL EUGENE LEWIS

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on 1/9/07, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

ROBIN L. DeMELLO
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 18th day of January, 2007.

DAVID ALAN EZRA
U.S. District Judge